Timothy BROOKS, Appellant

v.

DCFS USA LLC d/b/a Mercedes Benz Financial and as Servicer for Daimler Trust, Appellee.

No. 05–09–01078–CV.

Court of Appeals of Texas, Dallas.

Feb. 8, 2010.

Timothy Brooks, Lancaster, TX, pro se.

Jeffrey Jason Jowers, San Antonio, TX, for Appellee.

Before Justices MORRIS, O'NEILL, and FILLMORE.

## OPINION NUNC PRO TUNC

PER CURIAM.

This appeal has been pending since September 9, 2009. By letter dated September 22, 2009, we directed appellant to pay the $175 filing fee within ten days. We cautioned appellant that if he failed to comply with the Court's instruction, the appeal would be dismissed. Nevertheless, to date, appellant has not paid the $175 filing fee. Accordingly, we **DISMISS** the appeal. *See* TEX.R.APP. P. 42.3(c).